FILED - GR
November 5, 2025 9:13 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 11-5

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

1:25-cv-1367
Paul L. Maloney
United States District Judge

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION (ASHA),

Defendant.

Case No. ___________

**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff moves this Court for a Temporary Restraining Order and Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure and Section 504 of the Rehabilitation Act, and states as follows:

1. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1343, and 1367 because this action arises under the Americans with Disabilities Act (ADA), Section 504 of the Rehabilitation Act, and federal due process protections.

2. Venue is proper in this District because Plaintiff resides in Michigan and the effects of Defendant's actions are felt within this District.

3. Plaintiff has a documented disability substantially limiting major life activities including concentration and communication in stressful adversarial settings.

4. On July 3, 2025, Plaintiff requested reasonable accommodations from Defendant ASHA, including written-only communications, extended deadlines, and plain-language instructions. Defendant failed to engage in the required interactive process and has continued its proceedings without providing accommodations.

4A. On September 3, 2025, ASHA Ethics Officer Katharine Meyer acknowledged receipt of Plaintiff's ADA accommodation package (Exhibit G) but nevertheless failed to engage with Plaintiff in the interactive process. This contemporaneous record demonstrates both ASHA's actual notice and its ongoing bad faith refusal to provide accommodations, underscoring the need for immediate injunctive relief.

5. Defendant has initiated an ethics action against Plaintiff in retaliation for protected activity, including filing a harassment complaint against ASHA staff. Defendant has also denied Plaintiff due process by proceeding without considering key exculpatory evidence.

6. Absent immediate injunctive relief, Plaintiff will suffer irreparable harm, including permanent reputational injury from publication of a revocation, loss of licensure and employment opportunities, and exacerbation of his disability due to Defendant's refusal to accommodate.

6a. On October 17, 2025, Plaintiff's counsel submitted a written Brief to ASHA's Board of Ethics stating, "Mr. Wright provided his original Complaint Response and clearly documented evidence directly refuting the allegations in the Complaint, and requiring Mr. Wright to continue to defend against such allegations imposes undue burden and harm." (Exhibit N.) This

correspondence placed ASHA on clear notice of the substantial emotional and functional harm its ongoing actions were causing. ASHA nonetheless proceeded without accommodations or meaningful engagement in the interactive process, further demonstrating irreparable harm and deliberate indifference to Plaintiff's ADA rights.

7. Plaintiff is likely to succeed on the merits because Defendant's refusal to provide accommodations violates the ADA and Section 504, and its retaliation and due process failures are unlawful under federal law.

8. The balance of equities favors Plaintiff, as Defendant will suffer no harm from maintaining the status quo while Plaintiff will suffer severe and irreparable harm without relief.

9. The public interest is served by enforcing federal civil rights laws and ensuring fair professional regulation processes.

Accordingly, Plaintiff respectfully requests that this Court enter a Temporary Restraining Order preventing Defendant from enforcing, publishing, or otherwise implementing any revocation of Plaintiff's CCC credential, and from withholding or denying renewal of said credential pending further order of the Court, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: November 5, 2025

Roderick Wright

Roderick Wright

6181 Lake Michigan Drive, #103

Allendale, MI 49401

(616) 990-9284

Email: wrightiir@yahoo.com

Plaintiff, Pro Se