UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION (ASHA),

Defendant.

Case No. __________

**ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order, and for good cause shown, it is hereby ORDERED:

1. Defendant shall immediately suspend all ethics proceedings concerning Plaintiff, including enforcement of any sanctions or revocation of his CCC credential, pending further order of this Court.

2. Defendant shall not publish or otherwise disclose any disciplinary action against Plaintiff, including on any website, database, newsletter, email distribution, or third-party notices or records, while this TRO remains in effect.

3. This TRO shall remain in effect until the Court rules on Plaintiff's Motion for Preliminary Injunction or further order is entered.

This relief is granted pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq., and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

Defendant is further enjoined from refusing or withholding the Plaintiff's annual CCC renewal, including processing of dues or certification maintenance, during the pendency of this action.

IT IS SO ORDERED.

Dated: ____________________________

____________________________________

United States District Judge

Submitted by:

Rodrick Wright

____________________________________

Roderick Wright

6181 Lake Michigan Drive, #103

Allendale, MI 49401

(616) 990-9284

Email: wrightiir@yahoo.com

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE-HEARING

ASSOCIATION (ASHA),

Defendant.

Case No. ___________

**ORDER GRANTING PRELIMINARY INJUNCTION**

This matter is before the Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. Having reviewed the filings, the Court finds that Plaintiff has shown a likelihood of success on the merits, that he will suffer irreparable harm absent relief, that the balance of equities favors Plaintiff, and that the public interest is served by enforcing federal civil rights laws and ensuring fair professional regulation processes.

Accordingly, IT IS HEREBY ORDERED that Defendant American Speech-Language-Hearing Association (ASHA), and its officers, agents, employees, and all persons in active concert or participation with them, are ENJOINED from enforcing or publishing any revocation of Plaintiff's Certificate of Clinical Competence credential, including on any website, database, newsletter, email distribution, or third-party notices or records.

IT IS FURTHER ORDERED that Defendant shall provide Plaintiff with the reasonable accommodations requested under the Americans with Disabilities Act and Section 504 of the Rehabilitation Act, including written-only communications, extended deadlines, and plain-language instructions, for the duration of this matter.

This Preliminary Injunction shall remain in effect until entry of final judgment or further order of this Court.

This relief is granted pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq., and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

Defendant is further enjoined from refusing or withholding the Plaintiff's annual CCC renewal, including processing of dues or certification maintenance, during the pendency of this action.

IT IS SO ORDERED.

Dated: ______________________________

_______________________________________

United States District Judge

Submitted by:

Roderick Wright

Roderick Wright

6181 Lake Michigan Drive, #103

Allendale, MI 49401

(616) 990-9284

Email: wrightiir@yahoo.com

Plaintiff, Pro Se