UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

FILED - GR
November 5, 2025 9:13 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 11-5

RODERICK WRIGHT,

Plaintiff,

1:25-cv-1367
Paul L. Maloney
United States District Judge

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION (ASHA),

Defendant.

Case No. ________

## MOTION FOR ADA ACCOMMODATIONS

Plaintiff Roderick Wright respectfully moves this Court for reasonable accommodations pursuant to the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. Plaintiff has a documented disability substantially limiting major life activities including concentration and communication in stressful adversarial settings. Plaintiff requests the following accommodations:

1. Written-only communications in lieu of oral hearings;
2. Extended deadlines for filings and responses;
3. Plain-language instructions and notices from the Court;

These accommodations are narrowly tailored, reasonable, and consistent with the accommodations Plaintiff requested from Defendant ASHA. A supporting letter from Plaintiff's treating provider has been submitted outlining functional limitations and accommodations without disclosing diagnosis. Supporting materials are attached: the provider letter (Exhibit L) and representative excerpts from the ADA Symptom & Stress Log (Exhibit M) documenting functional limitations affecting participation.

Accordingly, Plaintiff respectfully requests this Court grant this Motion and enter the accompanying Order for ADA Accommodations.

Respectfully submitted,

Dated: November 5, 2025

Roderick Wright

Roderick Wright

6181 Lake Michigan Drive, #103

Allendale, MI 49401

(616) 990-9284

Email: wrightiir@yahoo.com

Plaintiff, Pro Se