UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION (ASHA),

Defendant.

Case No. __________

**ORDER GRANTING ADA ACCOMMODATIONS**

Upon consideration of Plaintiff's Motion for ADA Accommodations, and for good cause shown, it is hereby ORDERED:

1. Plaintiff shall be permitted to participate in these proceedings through written-only communications, without live or oral hearings, consistent with his documented disability-related limitations.

2. Plaintiff shall be granted extended deadlines of 60 days for all filings and responses.

3. Plaintiff shall receive plain-language instructions and notices from the Court to ensure effective participation.

4. Defendant shall recognize and accept all ADA accommodations granted by this Court for the duration of these proceedings.

This relief is granted pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq., and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

IT IS SO ORDERED.

Dated: ______________________________

______________________________

United States District Judge

Submitted by:

Roderick Wright

Roderick Wright

6181 Lake Michigan Drive, #103

Allendale, MI 49401

(616) 990-9284

Email: wrightiir@yahoo.com

Plaintiff, Pro Se