UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE
-HEARING ASSOCIATION.

Defendant.
_________________________________/

Case No. 1:25-cv-01367

Hon. Paul L. Maloney
U.S. District Judge

**ORDER**

This order addresses *pro se* Plaintiff Roderick Wright's motion to participate in Electronic Filing and Service in this case under Western District of Michigan Local Civil Rule 5.7. Plaintiff has presented the form provided by the Clerk's Office and states that he meets all the technical requirements necessary to successfully e-file. The Court concludes that granting Plaintiff's request will further the "just, speedy, and inexpensive determination of [this] action." Fed. R. Civ. P. 1.

Accordingly, Plaintiff's *pro se* application for Electronic Filing and Service is GRANTED. (ECF No. 8.)

IT IS SO ORDERED

Dated: December 16, 2025

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE