UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

FILED - GR
December 19, 2025 1:54 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 12-19

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,

Defendant.

Case No. 1:25-cv-1367

Hon. Paul L. Maloney

**PLAINTIFF'S ADA ACCOMMODATION REQUEST (WRITTEN-ONLY PARTICIPATION; NO LIVE APPEARANCE)**

Plaintiff Roderick Wright, proceeding pro se, respectfully requests reasonable accommodations pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794, to ensure meaningful access to the Court's proceedings.

1. Plaintiff has a diagnosed disability that substantially limits major life activities, including concentration, information processing, and effective oral communication under time-limited or

interactive conditions. Medical documentation supporting these functional limitations has been provided.

2. Due to these disability-related limitations, Plaintiff is unable to participate effectively in live proceedings that require real-time oral interaction, including in-person, video, or telephonic appearances.

3. Plaintiff therefore respectfully requests the following reasonable accommodations:

a. Permission to participate in proceedings through written submissions in lieu of any live appearance;

b. Authorization to address all matters scheduled for the Rule 16 scheduling conference through written status reports, statements, or proposed scheduling materials submitted by the Court-ordered deadline;

c. Confirmation that Plaintiff's non-appearance at any live proceeding due to this accommodation will not result in any adverse inference.

4. These accommodations are narrowly tailored to Plaintiff's functional limitations and are necessary to ensure equal access to the Court. They do not alter the substance of the proceedings or affect the rights of any party.

5. The requested accommodations will not prejudice Defendant. The Rule 16 scheduling conference concerns case-management and procedural matters that can be fully and efficiently addressed through written submissions, consistent with the Court's discretion under Federal Rule of Civil Procedure 16.

Plaintiff stands ready to submit any required written status report, proposed scheduling order, or other materials by the deadline set by the Court.

Respectfully submitted,

Dated: December 15, 2025

Roderick Wright

Roderick Wright

6181 Lake Michigan Drive, #103

Allendale, MI 49401

(616) 990-9284

Email: wrightiir@yahoo.com

Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I, Roderick Wright, certify that on December 15, 2025, I served a true and correct copy of the foregoing PLAINTIFF'S ADA ACCOMMODATION REQUEST (WRITTEN-ONLY PARTICIPATION; NO LIVE APPEARANCE) on the following by first-class U.S. mail, postage prepaid:

Courtney Lynn Nichols

Attorney for Defendant American Speech-Language-Hearing Association

Plunkett Cooney

38505 Woodward Avenue, Suite 100

Bloomfield Hills, MI 48304

I certify under penalty of perjury that this statement is true and correct.

Dated: December 15, 2025

Roderick Wright

Roderick Wright

6181 Lake Michigan Drive, #103

Allendale, MI 49401

(616) 990-9284

Email: wrightiir@yahoo.com

Plaintiff, Pro Se

Roderick & Ronelyn Wright
6181 Lake Michigan
Drive # 103
Allendale, MI 49401

Retail

UNITED STATES POSTAL SERVICE

49503

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
ALLENDALE, MI 49401
DEC 15, 2025

$7.20

S2324D500201-16

Clerk of Court
U.S. District Court – Western
District of Michigan
399 Federal Building
110 Michigan St NW
Grand Rapids, MI 49503

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 2873 2290 80