UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE -HEARING ASSOCIATION, et al.,

Defendants.
_____________________________/

Case No. 1:25-cv-01367

Hon. Paul L. Maloney
U.S. District Judge

**ORDER**

This Order addresses Plaintiff's motion to proceed by written submission and to waive personal appearance at the Rule 16 and other pretrial proceedings. (ECF No. 26.) A Rule 16 conference is scheduled for January 14, 2026. (ECF No. 21.) Plaintiff says that "real-time interactions . . . trigger severe symptoms that substantially impair his ability to process information, concentrate, communicate coherently, and retain what is said." (*Id.*, PageID.286.) Plaintiff requests that the Court allow him to participate in the Rule 16 conference only by written communication.

The parties are required to prepare a Joint Status Report at least 7 days before the pretrial conference. If after the parties file their Joint Status Report, there exists no matters in dispute, the Court may cancel the Rule 16 conference and issue a written Case Management Order without the need for the conference.

The Court cannot issue a blanket order allowing Plaintiff to litigate this case only in writing and without appearing in person. For example, it is likely that

Defendant will want to take Plaintiff's deposition in person. More importantly, for purposes of Plaintiff's broad request for no live in-person pretrial proceedings, Plaintiff has failed to explain how he intends to prosecute this case only in writing. Litigation involves resolving controversies and often requires live attendance at hearings and other matters.

Accordingly, Plaintiff's motion is DENIED.

**IT IS SO ORDERED**

Dated: December 30, 2025

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE