UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| RODERICK WRIGHT, Plaintiff, | ) | |
| -v- | ) | No. 1:25-cv-1367 |
| AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION, Defendant. | ) | Honorable Paul L. Maloney |

**ORDER DENYING OBJECTION**

The Magistrate Judge issued an order scheduling a Rule 16 conference by video. Plaintiff Roderick Wright filed a motion seeking leave to participate in all pretrial proceedings, including the Rule 16 conference, by written submission only. He argues he has a documented disability that makes it difficult for him to concentrate and communicate. The Magistrate Judge denied the request (ECF No. 28). Plaintiff filed an objection to the Rule 16 order and to the order denying his request that all pretrial matters be addressed by written submissions only (ECF No. 31). The court will deny the objection.

Rule 72(a) allows a party to object to a ruling by a magistrate judge by filing objections in the district court where the case is assigned. Fed. R. Civ. P. 72(a). Under the Rule, the district court judge "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." *Id.*

Plaintiff has not demonstrated that the Magistrate Judge's orders were either clearly erroneous or contrary to law. The ADA does not apply to federal courts. The guidelines issued by the Judicial Conference are just that, guidelines. And, Plaintiff has not

demonstrated that following the guidelines would require the court to provide the accommodation he seeks. Nor has Plaintiff established that permitting him to participate in all pretrial proceedings by written submissions only would be reasonable. The Magistrate Judge noted that litigation will likely require him to attend some hearings. Defendant has expressed an interest in deposing Plaintiff. The court notes that the Rule 16 process described in the Magistrate Judge's order appears to follow Plaintiff's request for written-first communication. The parties have to confer and submit a written joint status report *before* the Rule 16 conference. The Magistrate Judge has indicated that if the parties do not identify disputes in the joint status report, the conference may be cancelled. If the parties do identify disputes in the joint status report, then they would need to appear at the hearing.

Accordingly, the court **DENIES** Plaintiff's objection (ECF No. 31). **IT IS SO ORDERED.**

Date: January 9, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge