UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,

Defendant.

Case No. 1:25-cv-01367

Hon. Paul L. Maloney

**Index of Exhibits to Supplemental Declaration of Roderick Wright in Further Support of Plaintiff's Motion for Preliminary Injunction**

- **Exhibit A-1** – APS Thompson School District interview-scheduling email identifying Plaintiff as a CF Speech-Language Pathologist for the district (Sept. 28, 2022).
- **Exhibit A-2** – Internal Stepping Stones Group email from Elena Tursi stating "Rodney was hired 10/5 for Albuquerque NM teletherapy," identifying Plaintiff as "Roderick (Rodney) Wright – APS CF" (Oct. 5, 2022).
- **Exhibit B** – Email from Plaintiff to Elena Tursi stating he was "not entirely sure if I can complete [fingerprinting] before my November 7 start date" and referring to having "one week from Monday if we keep the November 7th start date" (Oct. 28, 2022).

- **Exhibit C-1** – "Welcome to Stepping Stones – Ticket 4430941" email creating Plaintiff's SSG-community Microsoft 365 account and onboarding him as a telepractice CF for APS (Oct. 6, 2022).
- **Exhibit C-2** – Telepractice onboarding ticket reflecting Plaintiff's title as "CF Speech Language Pathologist – TELE" and listing a start date of November 7, 2022.
- **Exhibit C-3** – October 6, 2022 'Welcome Aboard' email from Stepping Stones, identifying CF support team (Bloom clinical support and mentorship, CF mentor coordination, licensing assistance, TAT compliance/onboarding) and describing 'Foundations To Success' online modules created to help CFs transition into schools (caseload management, time management, IEPs, service delivery, assessments, checklists, professional etiquette).
- **Exhibit D-1** – New Mexico Regulation and Licensing Department Clinical Fellow license in Speech-Language Pathology for Plaintiff, License No. SLPCF22006, showing issuance date November 23, 2022 and expiration date November 23, 2024.
- **Exhibit D-2** – Screenshots from the New Mexico Regulation and Licensing Department online licensing system reflecting Plaintiff's CF license SLPCF22006 and its issuance and expiration dates.
- **Exhibit E-1** – Email chain regarding delivery and processing of Plaintiff's New Mexico CF application and instructions for expediting re-submission in November 2022.
- **Exhibit E-2** – 'Next steps for NMPED' email with New Mexico Public Education Department application and fingerprinting instructions for Plaintiff as a Clinical Fellow.

- **Exhibit E-3** – 'Welcome + Licensure next steps' email from Stepping Stones/Bloom (Oct. 5, 2022) welcoming Plaintiff as a Clinical Fellow and initiating New Mexico licensure planning (two required NM licenses).
- **Exhibit E-4** – November 3–4, 2022 "RLD licensure" email chain between Plaintiff and Stepping Stones (Elena Tursi) showing that, as of early November 2022, Plaintiff had not yet received New Mexico CF license correspondence, was preparing for a November 7 APS CF start date, and agreed with Stepping Stones to adjust the start date if necessary while continuing prep work.
- **Exhibit F** – Stepping Stones telepractice onboarding ticket showing Plaintiff's role as "CF Speech Language Pathologist – TELE," creation of his SSG-community Microsoft 365 account, assignment of telepractice licenses, shipment of a teletherapy laptop to his home in Michigan, and a November 7, 2022 start date for the APS CF teletherapy position.
- **Exhibit G –** Email from Victoria Hanawalt dated December 8, 2022 (confirming Plaintiff began his CFY before 12/31/2022 and could complete the CFY via telepractice) (previously filed as Exhibit D to Plaintiff's Complaint, ECF No. 1-5, PageID.22).
- **Exhibit H** – Email from Lilly Schwartz, ASHA Certification Department (September 12, 2023) clarifying that CF start date is the first day of actual work/orientation (previously filed as Exhibit E to Plaintiff's Complaint, ECF No. 1-6, PageID.25).
- **Exhibit I** – ASHA Clinical Fellowship Portal "Time reported by you" page showing Plaintiff's CF experience from October 17, 2022 through February 29, 2024, totaling 58 weeks and 1,450 hours.

- **Exhibit J** – ASHA Clinical Fellowship Portal mentor verification and recommendation page showing mentor Rachel Johannes's verification of Plaintiff's CF and recommendation that it be accepted for CCC-SLP.
- **Exhibit K-1** – Clinical Fellowship Year (CFY) Plan signed by Plaintiff's original CF mentor reflecting an October 2022 CF start (previously filed as Exhibit B to Plaintiff's Complaint, ECF No. 1-3, PageID.17–18).
- **Exhibit K-2** – New Mexico CFY plan completed by CF mentor Rachel Johannes using October 17, 2022 as the CF start date, consistent with the prior plan.
- **Exhibit K-3** – Michigan Speech-Language Pathologist Postgraduate Clinical Experience / supervised-experience form signed by Rachel Johannes, certifying supervised experience from October 17, 2022 through February 29, 2024.