UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,

Defendant.

Case No. 1:25-cv-01367-PLM-MV

Hon. Paul L. Maloney

**NOTICE THAT PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION IS RIPE FOR DECISION AND PLAINTIFF STANDS ON THE BRIEFS**

Plaintiff Roderick Wright respectfully states as follows:

1. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2), and the supporting brief (ECF No. 3), have now been fully briefed. Defendant filed its Response in Opposition on January 12, 2026 (ECF No. 38), and Plaintiff filed his Reply in Support of Motion for Preliminary Injunction on January 21, 2026 (ECF No. 42).

2. As set out in Plaintiff's January 21, 2026 Reply (ECF No. 42) and attached evidence, the harms described in the Motion are no longer merely threatened but are now occurring and

compounding in real time, including the ongoing public ethics posting and its impact on Plaintiff's licensure and professional reputation.

3. The Court has denied Plaintiff's prior ADA-based motions and requests for accommodations. Regardless of that ruling, Plaintiff's underlying medical limitations and his treating provider's orders remain unchanged, and he is unable to participate in any oral or in-person hearing consistent with those medical restrictions.

Plaintiff maintains his position regarding the necessity of accommodations but, to avoid further delay in the face of compounding irreparable harm, hereby stands on the briefs.

4. Plaintiff therefore expressly waives any right to oral argument on his Motion for Preliminary Injunction (ECF No. 2) and stands on the written submissions already before the Court—namely, the Motion (ECF No. 2), supporting brief (ECF No. 3), Defendant's opposition (ECF No. 38), and Plaintiff's Reply (ECF No. 42)—which together provide a sufficient factual record and legal analysis for the Court to resolve the motion.

5. Plaintiff therefore expressly waives any right to oral argument on his Motion for Preliminary Injunction (ECF No. 2) and stands on the written submissions already before the Court—namely, the Motion (ECF No. 2), supporting brief (ECF No. 3), Defendant's opposition (ECF No. 38), and Plaintiff's Reply (ECF No. 42)—which together provide a sufficient factual record and legal analysis for the Court to resolve the motion.

6. Pursuant to LCivR 7.2(d) and Federal Rule of Civil Procedure 78, Plaintiff respectfully requests that the Court decide the Motion for Preliminary Injunction on the papers, without oral argument.

Dated: January 27, 2026

/s/ Roderick Wright

Roderick Wright

6181 Lake Michigan Drive, #103

Allendale, MI 49401

(616) 990-9284

Email: **wrightiir@yahoo.com**

Plaintiff, Pro Se