CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I served the Plaintiff's First Set of Requests for Production of Documents to Defendant American Speech-Language-Hearing Association and accompanying cover letter upon the following counsel for Defendant American Speech-Language-Hearing Association via U.S. Mail, postage prepaid:

Courtney L. Nichols and Joshua Trombley
Plunkett Cooney, P.C.
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on February 4, 2026, in Allendale, Michigan.

/s/ Roderick Wright

Roderick Wright
6181 Lake Michigan Drive #103
Allendale, MI 49401
616-990-9284
wrightiir@yahoo.com

Pro se Plaintiff