UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

Roderick Wright,

Plaintiff,

v.

American Speech-Language-Hearing Association,

Defendant.

Case No. 1:25-cv-01367-PLM-MV

Hon. Paul L. Maloney

**CERTIFICATE REGARDING MOTION CONCURRENCE**

Plaintiff Roderick Wright certifies that, pursuant to LCivR 7.1(d), he has attempted to obtain the position of opposing counsel regarding the Plaintiff's Motion to Expedite Ruling on Motion for Preliminary Injunction. On Monday, February 9, 2026, Plaintiff emailed counsel for Defendant to request concurrence, establishing a response deadline of Wednesday, February 11, 2026, at 5:00 p.m. Eastern. As of the time of this filing on Thursday, February 12, 2026, Plaintiff has received no response from counsel, and concurrence is deemed denied.

Dated: February 12, 2026

/s/ Roderick Wright

Roderick Wright

6181 Lake Michigan Drive, #103

Allendale, MI 49401

(616) 990-9284

Email: **wrightiir@yahoo.com**

Plaintiff, Pro Se