UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,

Defendant.

Case No. 1:25-cv-01367-PLM-MV

Hon. Paul L. Maloney

Magistrate Judge Maarten Vermaat

**PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS ON NON-PARTY VERIZON WIRELESS**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff Roderick Wright intends to serve the attached Subpoena to Produce Documents, Information, or Objects on non-party Verizon Wireless.

The subpoena commands the production of call detail records and subscriber/account information for the Verizon Wireless telephone number 616-990-9284 for the period of January 1, 2022 through December 31, 2022.

A copy of the subpoena is attached hereto as Exhibit A.

Respectfully submitted,

Dated: February 24, 2026

/s/ Roderick Wright

Roderick Wright

6181 Lake Michigan Drive, #103

Allendale, MI 49401

(616) 990-9284

Email: wrightiir@yahoo.com

Plaintiff, pro se