IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,

Defendant.

Case No. 1:25-cv-01367-PLM-MV

Hon. Paul L. Maloney

Magistrate Judge Maarten Vermaat

**NOTICE OF FILING CORRECTED PROPOSED FIRST AMENDED COMPLAINT**

Plaintiff Roderick Wright respectfully files this Notice to submit a corrected proposed First Amended Complaint in connection with Plaintiff's pending Motion for Leave to File First Amended Complaint.

The corrected proposed First Amended Complaint attached to this Notice supersedes and replaces the version previously attached to Plaintiff's Motion for Leave. The revisions are limited to clarifications, narrowing of allegations, and formatting adjustments. No new claims or parties are added.

Plaintiff respectfully requests that the Court consider the corrected proposed First Amended Complaint attached hereto in ruling on the pending Motion for Leave.

Respectfully submitted,

Dated: February 28, 2026

/s/ Roderick Wright

Roderick Wright

6181 Lake Michigan Drive, #103

Allendale, MI 49401

(616) 990-9284

wrightiir@yahoo.com

Plaintiff, pro se