IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,

Defendant.

Case No. 1:25-cv-01367-PLM-MV

Hon. Paul L. Maloney

Magistrate Judge Maarten Vermaat

**NOTICE OF AVAILABILITY FOR DEPOSITION BY WRITTEN QUESTIONS**

Plaintiff, Roderick Wright, hereby gives notice that, in addition to appearing for the oral deposition noticed for March 31, 2026, he is available to provide testimony by deposition upon written questions pursuant to Fed. R. Civ. P. 31.

In light of Plaintiff's documented disability and previously disclosed childcare constraints on March 31, 2026, Plaintiff offers a deposition upon written questions as a less restrictive alternative method of obtaining his testimony, particularly for any additional questioning beyond

Plaintiff's 9:00 a.m. to 1:00 p.m. availability on March 31, 2026, that would reasonably accommodate his limitations while permitting full discovery.

Respectfully submitted,

Dated: March 6, 2026

/s/ Roderick Wright

Roderick Wright

6181 Lake Michigan Drive, Apt. 103

Allendale, MI 49401

Phone: 616-990-9284

Email: wrightiir@yahoo.com

Plaintiff, Pro Se