UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE
-HEARING ASSOCIATION,

Defendant.
_______________________________/

Case No. 1:25-cv-01367

Hon. Paul L. Maloney
U.S. District Judge

**ORDER**

Plaintiff Roderick Wright filed a motion for leave to file an amended complaint. ECF No. 50. Plaintiff says that his proposed amended complaint clarifies the factual allegations and chronology of events. *Id.*, PageID.50.

A party may amend a pleading as a matter of course within 21 days after service where no responsive pleading is required or 21 days after a Rule 12 motion is filed. Fed. R. Civ. P. 15(a)(1)(A)(B). Otherwise, leave to amend is required.

Leave to amend a complaint "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). However, "a party must act with due diligence if it intends to take advantage of the Rule's liberality." *United States v. Midwest Suspension and Brake*, 49 F.3d 1197, 1202 (6th Cir. 1995). The court may deny a motion for leave to amend a complaint where the amendment is brought in bad faith, will result in undue delay or prejudice to the opposing party, or is futile. *Crawford v. Roane*, 53 F.3d 750, 753 (6th Cir. 1995), *cert. denied*, 116 S. Ct. 1354 (1996).

Defendant has not filed a response in opposition to Plaintiff's motion, and it appears that Plaintiff's motion is not in bad faith or futile.

Accordingly, plaintiff's motion is GRANTED.

The proposed First Amended Complaint, ECF No. 50-1, shall be filed as Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: March 11, 2026

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE