ATTACHMENT G

# Displaced Status Initiated Roderick Wright

From: HR Requests (hr.requests@ssg-healthcare.com)

To: wrightiir@yahoo.com

Date: Wednesday, January 4, 2023 at 01:20 PM EST

Hi **Roderick,**

We have been notified that your assignment with **Albuquerque Public Schools** has ended effective **12/8/2022 .** As such, your employment status has been updated to 'displaced'.

Per the employee handbook, an employee is considered displaced at any time they are without an active assignment. This time is used to redirect the employee to another assignment. The first date of the displaced period will begin on the last day worked of the ending assignment and continue for approximately 30 days.

Please note that typically after you have been on displaced status for approximately 30 days or the end of the month following 30 days, if you are not redirected, the end of employment process is initiated. You will receive additional communication from Human Resources regarding your end of employment and benefits should this be the case.

Thank you in advance for your cooperation.

Kayla
**HR Team**
**Human Resources Department**

**P 866-600-7598**
**E hr.requests@ssg-healthcare.com**
**F 800-822-8287**
**Office Hours: 8 AM-5 PM Mountain Time**
**W www.thesteppingstonesgroup.com**

THE STEPPING STONES GROUP Transforming Lives Together
EBS HEALTHCARE A Stepping Stones Group Company
STAR of CA A Stepping Stones Group Company
NE ABA NEW ENGLAND ABA A Stepping Stones Group Company

# End of Employment - Roderick Wright

From: Human Resources Department (hr.requests@ssg-healthcare.com)

To: wrightiir@yahoo.com

Date: Tuesday, January 31, 2023 at 01:36 PM EST

Hi Roderick,

This is a courtesy e-mail to advise you that your "displaced" status has ended, and we will be proceeding with the end of employment process on 1/31/2023.

I've attached a quick reference guide regarding your end of employment.
End of Employment Information

Please remember that you are welcome to continue to apply for opportunities within the company if you have interest and meet the qualifications.

If you have any questions, please reach out to your client recruiter or HR at any time.

Thank you,
Human Resources

# Re: Referred to your company

From: Rod Wright (rwright064@gmail.com)

To: nancy.carter@unlimitedteletherapy.net

Date: Wednesday, January 18, 2023 at 05:24 PM EST

Hello Nancy,

I have enclosed both as PDF attachments.

> On Wednesday, January 18, 2023 at 05:09:44 PM EST, Nancy Carter <nancy.carter@unlimitedteletherapy.net> wrote:
>
> Hi Rodney,
>
> Can you send me a copy of your NM Board License and NM PED license, please?
>
> On Tue, Jan 17, 2023 at 10:18 PM Rod Wright <rwright064@gmail.com> wrote:
>
>> Hello,
>>
>> I was just referred to your company by a colleague. They said that the company does teletherapy in New Mexico. I am a fully licensed clinical fellow that started teletherapy in New Mexico with a company last year. Unfortunately, before I coud start the actual assignment it was cancelled. The company I was with has been attempting to find me an assignement in New Mexico but they have had no luck as of yet. I received licensure through both the Regulation and Licensing Department and the Public Education Department in December of last year. I was hoping that you might have some availability so that I would be able to continue my fellowship work. I have enclosed my resume for your perusal.
>>
>> Thank you,
>>
>> Rodney Wright, SLPCF
>> 616-990-9284

License.pdf
157.2 KB

NM PED License.pdf
180.1 KB