UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| RODERICK WRIGHT,<br>Plaintiff,<br><br>-v-<br><br>AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,<br>Defendant. | ) | No. 1:25-cv-1367<br><br>Honorable Paul L. Maloney |

**ORDER**

Plaintiff filed a motion for leave to file a reply (ECF No. 36). The court **DISMISSES** the motion as moot.

Plaintiff filed objections to orders issued by the Magistrate Judge (ECF No. 31). Defendant filed a response (ECF No. 34). The court denied the objection (ECF No. 35). The court's order issued at 10:30 a.m. on January 9, 2026. Plaintiff filed his motion for leave three days later, on January 12, 2026. The court had already resolved the objection when Plaintiff filed his motion for leave. The motion is moot.

**IT IS SO ORDERED.**

Date: April 6, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge