# EXHIBIT A

ASHA
American
Speech-Language-Hearing
Association

# BOARD OF ETHICS

## COMPLAINT FORM
## FOR ALLEGED VIOLATION OF THE ASHA CODE OF ETHICS
## OR THE ASSISTANTS CODE OF CONDUCT

- A copy of this complaint form and all attachments will be provided to the individual against whom this complaint is filed.
- The complaint must be in writing and include any/all supporting documentation.
- Anonymous complaints are not permitted.
- A complaint against an organization/employer is not permitted—an individual person must be named as Respondent.

**DATE**: 10/2/2024

**COMPLAINANT**: (Individual filing the complaint)

Name: ASHA Council for Clinical Certification in Audiology and Speech-Language Pathology

Address: 2200 Research Blvd

City, State, Zip: Rockville, MD 20850

Telephone: 800-498-2071

E-mail: CFCC@asha.org

ASHA membership/certification held (if known):

[ ] ASHA member [ ] CCC-A [✓] CCC-SLP [ ] C-AA [ ] C-SLPA [ ] None

**RESPONDENT**: (Individual against whom the complaint is directed)

Name: Roderick Wright

ASHA membership/certification held (if known):

[ ] ASHA member [ ] CCC-A [✓] CCC-SLP [ ] C-AA [ ] C-SLPA

Address (if known): 408 Chicago Drive P.O. #412 Jenison, MI 49429

Telephone (if known): 929-521-8419

E-Mail (if known): wrigrslp@mail.com

**COMPLAINANT SIGNATURE AND AFFIRMATION:** (Check all the boxes below and sign)

☑ I have read the instructions for *Filing a Complaint of Alleged Violation of the Code of Ethics or Assistants Code of Conduct.**

☑ I have read the *Code of Ethics** or the *Assistants Code of Conduct** and cited the section(s) that have allegedly been violated.

☑ I have enclosed a written summary of the facts on which this complaint is based.

☑ I have enclosed supporting documentation (if any) that corroborates and supports the allegations in the complaint and redacted confidential information, if any.

☑ If this complaint was filed with another organization (e.g., academic institution, licensing board, etc.), I have enclosed correspondence related to this filing and status/final resolution.

☑ I affirm that the statements and information in this complaint are correct, complete, and truthful to the best of my knowledge and belief.

*Visit www.asha.org/practice/ethics for these resources.

Laura Verdun — 10/2/2024

**Signature of Complainant** — **Date**

**Note to Complainants who are ASHA members and/or holders of the Certificate of Clinical Competence (CCC), and ASHA certified assistants (C-AA and C-SLPA):** It is the duty of all ASHA members, CCC holders, and certified assistants to come forward with evidence of perceived violations of the *Code of Ethics* and/or the *Assistants Code of Conduct*. However, each ASHA member/CCC holder/certified assistant should be mindful of their professional obligation regarding confidentiality and possible sanctions for abuse of complaint procedures. Your signature above signifies that the complaint is brought to the Board of Ethics in good faith and not for the purpose of resolving private, business, legal, or other disputes for which more appropriate forums exist.

Send completed and signed complaint form and accompanying documentation in an envelope marked **CONFIDENTIAL** to:

ASHA Ethics
American Speech-Language-Hearing Association
2200 Research Boulevard, #309
Rockville, MD 20850-3289

**For general questions about the ethics complaint filing process, contact ASHA Ethics at:**

- 800-498-2071 (ASHA members) or 800-638-8255 (consumers)
  - director of ethics, ext. 5785
  - ethics associate, ext. 5654
  - ethics case manager, ext. 5763
- ethics@asha.org

**Office Use Only:**
Respondent's Membership/Certification status verified? ____yes ____no
Respondent's ASHA ID #________________________ ASHA Complaint # ______________

October 2, 2024

TO: Board of Ethics
FR: Laura Verdun, on behalf of the SLP Committee of the Council for Clinical Certification in Audiology and Speech-Language Pathology
RE: Complaint against Roderick Wright, Member Number 14498906

I serve as the Vice-Chair for Speech-Language Pathology (SLP) of the Council for Clinical Certification in Audiology and Speech- Language Pathology (CFCC) and the Chair of the CFCC's SLP committee. On behalf of the committee, I am filing an ethics complaint against Mr. Roderick Wright, ASHA-certified number 14498906. Mr. Wright submitted an application for ASHA certification on April 13, 2024, that contained inaccurate information related to the clinical fellowship (CF) experience.

Mr. Wright submitted a clinical fellowship report that stated the CF experience began on October 17, 2022, under the supervision of Rachel Ann Johannes, ASHA-certified member number 12127385, EXHIBIT #1 (NetForum clinical fellowship child form). As a part of her CF mentor responsibilities, Mrs. Johannes affirmed that she served as CF mentor to Mr. Wright from October 17, 2022, through February 29, 2024, EXHIBIT #2 (online clinical fellowship CF mentor verification form). Mr. Wright was subsequently certified on June 25, 2024. Mrs. Johannes emailed Todd Philbrick, ASHA Chief Certification Officer on June 26, 2024, and through a series of emails stated that Mr. Wright began his CF experience on 10/17/2022 but she did not begin as his mentor until early February 2023. She stated that she did so because Mr. Wright told her that this was the appropriate course of action. EXHIBIT #3 (email exchange between Mrs. Johannes and Mr. Philbrick). That means, ASHA awarded the certification for Mr. Wright with false/incorrect data.

Furthermore, for CF experiences that begin on or after January 1, 2023, ASHA certification standards allow for up to 25% of the CF experience to utilize telepractice and require at least 18 direct observations (6 per segment or 1/3 of the CF experience) where at least 3 hours of observation occur onsite and in person with the clinical fellow, EXHIBIT #4 (2020 SLP Certification Standard VIIA-B). The CF report that Mrs. Johannes verified was the only report submitted with Mr. Wright's application. Therefore, Mr. Wright's fellowship experience did not begin until February of 2023. Mr. Wright completed CF experience with (1) greater than 25% telepractice and (2) no onsite, inperson direct supervision per segment which does not meet the ASHA standard, therefore the experience does not meet ASHA certification standards.

Finally, Mr. Wright has applied for ASHA certification in the past and was advised that the CF experience he reported that began on October 5, 2022 under the mentorship of Marlaina Stevenson, ASHA-certified member number 12078256, did not meet certification standards and could not count toward the CF experience for purposes of ASHA certification, EXHIBITS #5 (CF report with mentor Marlaina Stevenson) and #6 (email correspondence between ASHA and Mr. Wright). Mr. Wright subsequently withdrew the application. Because Mr. Wright did not include the CF experience with Ms. Stevenson as mentor with information on the application

submitted April 13, 2024, but did utilize a start date in October of 2022 under the mentorship of Mrs. Johannes, we think this is evidence that he knowingly submitted false/incorrect data to gain ASHA certification.

I submit this complaint as I think that there is evidence to support that Mr. Wright has violated the following within the ASHA Code of Ethics:

- Principle of Ethics II
    - Rule B- ASHA members who do not hold the Certificate of Clinical Competence may not engage in the provision of clinical services; however, individuals who are in the certification application process may provide clinical services consistent with current local and state laws and regulations and with ASHA certification requirements.
- Principle of Ethics IV
    - Rule C- Individuals' statements to colleagues about professional services, products, or research results shall adhere to prevailing professional standards and shall contain no misrepresentations.
    - Rule E- Individuals shall not engage in dishonesty, negligence, deceit, or misrepresentation.
    - Rule G- Applicants for certification or membership, and individuals making disclosures, shall not make false statements and shall complete all application and disclosure materials honestly and without omission.

I will be happy to provide additional information if needed.

Sincerely,

Laura Verdun, MA, CCC-SLP
Vice Chair for SLP, CFCC
Enclosures