# EXHIBIT C

[redacted]

**From:** ASHA <no-reply@wufoo.com>
**Sent:** Thursday, October 5, 2023 6:05 PM
**To:** Actioncenter Website <ACTIONCENTER@asha.org>
**Subject:** Contact ASHA [#159601]

| | |
|---|---|
| **First Name *** | Roderick |
| **Last Name *** | Wright |
| **Are you an ASHA/NSSLHA Member? *** | Yes |
| **Your E-mail Address *** | wrightiir@yahoo.com |
| **I would like to *** | Ask us a question |
| **Please select a category for your inquiry: *** | unwanted communication |

**What is your question or comment? ***

Currently I am in my CFY. I started in 2022 as a teletherapist. I keep receiving emails from an Amanda Gallagher. She keeps telling me that my CFY will not count. I have told her twice so far to not contact me again. Her emails put an enormous amount of streess on me since I am

contracted with my company to complete my CFY through teletherapy. I have already been assured by my employer and my mentor at the time that my CF Experience started in 2022 with my indirect hours. No CF Experience starts with direct hours, there are always files to be perused and caseloads to be balanced and parents to be informed and meetings to attend. I started my CF experience in 2022 with the express purpose of obtaining my CCC at the end. I am doing well in my CFY and it is almost over. I am going to stress this once more: I do not want to hear from Amanda Gallagher again. I do not need this type of harassment. I know very well that if it comes down to it I can prove that I started my CF experience in 2022 through pay stubs and previously received emails. I don't know if she does not understand the word "stop," but I am now sending this message and hopefully someone whith the understanding can explain to her that I do not want any contact from her again. Thank you. If it happens again I will send a formal letter in the mail to that extent.

---

[redacted]