UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH−LANGUAGE−HEARING ASSOCIATION,

Defendant.
_______________________________/

Case No. 1:25−cv−01367−PLM−MV

Hon. Paul L. Maloney

**ORDER**

Plaintiff's motion for an extension of time to file a response brief to Defendant's motion for summary judgment is GRANTED. Plaintiff's response brief is due by July 17, 2026.

IT IS SO ORDERED.

Dated: June 23, 2026

/s/ Maarten Vermaat
MAARTEN VERMAAT