**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF MICHIGAN**

RODERICK WRIGHT,

Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,

Defendant.

Case No. 1:25-cv-01367-PLM-MV

Hon. Paul L. Maloney

# INDEX OF EXHIBITS

Common to Plaintiff’s Motion Under Fed. R. Civ. P. 56(g) and Plaintiff’s Motion for Summary Judgment on Count III

Exhibit numbering is continuous across both motions, so that a given number refers to the same document in each. Each exhibit is filed once, with the motion identified in the last column. Exhibits 2, 4, 7, and 10 are cited in both briefs. In both motions and both briefs, a citation in the form “Ex. __” refers to the correspondingly numbered exhibit in this Index. Except for Exhibit 13, whose docketed copies omit the member lists as noted below, no document already on file with the Court is attached as an exhibit; such documents are cited in the motions and briefs by ECF number, as LCivR 5.7(d)(vii)(B) requires: a filer “must not attach as an exhibit any pleading or other paper already on file with the court, but shall refer to that document by the ECF No. identified thereon, found in the document header displayed at the top of the electronically filed document.”

| **Ex.** | **Description** | **Pp.** | **Filed with** |
|---|---|---|---|
| 1 | ASHA internal email chain, October 6, 2023 — Amanda Gallagher’s synopsis to Chief Certification Officer Todd | 2 | 56(g) |

| | | | |
|---|---|---|---|
| | Philbrick, with Lilly Schwartz's clarification. Bates 000416–000417. | | |
| 2 | Email chain of October 6, 2023, 7:48–8:23 p.m., between Defendant's Director of Clinical Certification and its Chief Certification Officer, in which she wrote at 8:20 p.m. that Plaintiff "feels that he initiated the CF in 2022" and that "[t]he CFCC may very well approve it once appealed." Bates 000369. The page ends mid-chain, as Defendant's production breaks it; the 7:48 p.m. message that opens the chain is headed at the foot of the page and continues at Bates 000370. Cited in both briefs. | 1 | 56(g) |
| 3 | Capture of Defendant's public ASHA Certification and Ethics Verification portal entry for Plaintiff, taken July 21, 2026 — one day after the stated six-month sanction term expired — showing a certification status of "Not Certified." Identified at item 3(vi) of Plaintiff's First Supplemental | 1 | Count III |

| | | | |
|---|---|---|---|
| | Rule 26(a)(1) Disclosures, served July 27, 2026. | | |
| 4 | Internet Archive (Wayback Machine) capture of Defendant's public "A Guide to the ASHA Clinical Fellowship Experience" page as it existed on November 28, 2022 at 15:50:50 UTC (archive timestamp 20221128155050), retrieved July 21, 2026 and printed to PDF on July 31, 2026. Identified at item 3(v) of Plaintiff's First Supplemental Rule 26(a)(1) Disclosures, served July 27, 2026, which states the permanent archive URL. Highlighting added at the page stamped 6/8 (PDF page 7). Cited in both briefs. | 9 | 56(g) |
| 5 | Practices and Procedures of the Board of Ethics (2024) — the version Defendant provided to Plaintiff with the ethics complaint and applied throughout BE 25-003 (ECF No. 38-1, PageID.419; ECF No. 80, PageID.888). | 21 | Count III |
| 6 | Albuquerque Public Schools calendar | 1 | 56(g) |

| | | | |
|---|---|---|---|
| | invitation, sent December 7, 2022, for “New Hire Training @ Thu Dec 8, 2022 11:30am - 1pm (EST),” addressed to Plaintiff and to Victoria Hanawalt (e600164@aps.edu), his supervisor of record on the New Mexico Clinical Fellowship Year Plan. | | |
| 7 | Certification analyst Lilly Schwartz’s internal assessment of the mentor’s verification, July 1, 2024: the mentor’s account is “corroborated by what Roderick already put in writing to us previously.” Bates 000379. Cited in both briefs. | 1 | 56(g) |
| 8 | Stepping Stones Group invitations, sent December 29, 2022 and January 11, 2023, for Plaintiff to interview with Gallup McKinley County Schools, each with a subject line beginning “Rodney Wright, CF-SLP Interview.” | 2 | 56(g) |
| 9 | Further Consideration Hearing packet: the page headed “EVIDENCE FOR FCH — Cite Relevant Evidence for FCH,” blank as it | 3 | Count III |

| | | | |
|---|---|---|---|
| | appears in each of the three copies Defendant produced. Bates 000059, 000638, 000651. | | |
| 10 | Clinical Fellowship report screen from Defendant's certification system for the 2022 application Plaintiff withdrew, ASHA Account No. 14420407, showing "Mentor is Okay," "Site is Okay," and "Segment is Okay," an effective segment start of 10/5/2022, "total credited weeks: 1.00," "total credited hours: 15.00," and "a&p completion date: 5/13/2002." Bates 000604. Cited in both briefs. | 1 | 56(g) |
| 11 | Draft response to Plaintiff prepared by Defendant's Director of Clinical Certification on September 20, 2023, describing the Council for Clinical Certification appeal route, and Lilly Schwartz's internal review of that draft the following day. The draft was not sent to Plaintiff. The balance of the second page, which reproduces Plaintiff's September 13, 2023 email already on the | 2 | Count III |

| | | | |
|---|---|---|---|
| | docket at ECF No. 85-25, PageID.1557, is omitted and so marked. Bates 000913–000914. | | |
| 12 | Ethics Appeal Panel: Defendant’s letter stating the two grounds on which an appeal may be taken, and Plaintiff’s December 2, 2025 appeal. Bates 000063, 000065–000066. | 3 | Count III |
| 13 | Board of Ethics adjudication minutes, listing the members present at each hearing: the October 25, 2025 Further Consideration Hearing (Panels 1 and 2) and the June 14, 2025 Initial Consideration Hearing (Panel 2), in the order Defendant produced them. Bates 000315, 000318. Filed as produced in Defendant’s unredacted discovery production; the copies of these two pages already on the docket at ECF No. 61-6, PageID.671 and 674 omit the member lists. | 2 | Count III |
| 14 | Correspondence between Plaintiff’s counsel and Defendant’s Ethics Office, July 2025, in which the Senior Director of Ethics | 2 | Count III |

| | | | |
|---|---|---|---|
| | agreed to a call and stated, “please be aware that I do not speak for the ASHA Board of Ethics.” Bates 000225–000226. | | |
| 15 | Proposed application language, June 20, 2024: email from Defendant’s Director of Certification Operations circulating draft text for the affidavit section of the certification application — “By signing this affidavit, you agree that ASHA certification team may audit your application, which may include request(s) for additional evidence from you and/or other relevant third parties” — together with a screen capture of the affidavit page in Defendant’s application environment showing the proposed sentence rendered in place above the four terms the affidavit then contained. Bates 000465. | 1 | 56(g) |
| 16 | Certification staff message of October 5, 2023 recording that “there is already a pop-up” on Plaintiff’s account, and that staff | 1 | Count III |

| | | | |
|---|---|---|---|
| | would "stop answering him." Bates 000387. The balance of the page, which reproduces correspondence already on the docket at ECF No. 86-3, PageID.2424–2425, is omitted and so marked. This is not the October 6, 2023 message at ECF No. 86-13, PageID.2461; it is a separate document, produced at a different Bates number. The stray control characters on the face of the page appear in Defendant's production as produced. | | |

Filed with the Rule 56(g) motion: Exhibits 1, 2, 4, 6, 7, 8, 10, and 15 — 18 pages.
Filed with the Count III motion: Exhibits 3, 5, 9, 11, 12, 13, 14, and 16 — 35 pages.
Total: 53 pages. Absent leave of court, LCivR 7.1(b) permits two hundred (200) pages of exhibits and attachments per party.

Dated: August 12, 2026

/s/ Roderick Wright

Roderick Wright
6181 Lake Michigan Drive, #103
Allendale, MI 49401
(616) 990-9284
wrightiir@yahoo.com
Plaintiff, pro se