**Archived:** Wednesday, March 11, 2026 2:06:44 PM
**From:** Lilly Schwartz
**Sent:** Friday, October 6, 2023 12:43:21 PM
**To:** Amanda Gallagher
**Cc:** CERTIFICATION
**Subject:** RE: Contact ASHA [#159601]
**Importance:** Normal
**Sensitivity:** None

---

Hey Todd,

Amanda did a great job of summarizing. Just 2 points of clarification from me:

- I only corresponded with him via email—at first he was asking fairly broad questions, and did indicate that orientation or onboarding type activities could be considered when thinking about start date, but that was before understanding that he had not completed any clinical hours within that position and had left prior to starting any work that could be considered direct clinical contact. Once I realized that, I turned it over to Amanda.
- Roderick Wright **does** have a current application for certification that was submitted on 9/16/22 (ASHA Account #14420407). He attempted to submit the partial experience from his first employer through the online portal, and the mentor provided the documentation Amanda attached to indicate that no clinical hours were observed. 2 reports have been cancelled as a result, but he continues to attempt to add the experience online (he just added another report yesterday afternoon after we cancelled the second one).

Thanks!

**Lilly Schwartz**

Pronouns: She/her/hers

Certification Analyst

301-296-5776

lschwartz@asha.org

---

**From:** Amanda Gallagher
**Sent:** Friday, October 6, 2023 12:01 PM
**To:** Todd Philbrick
**Cc:** Lilly Schwartz ; CERTIFICATION ; Jillian De Luca
**Subject:** FW: Contact ASHA [#159601]

Hi Todd,

An SLP applicant who is in a unique situation with their CF experience has been resistant to the information that Lilly and I have provided via phone and email over the last few weeks. He contacted the action center today (below) as he feels that my emails are harassment. I've attached recent correspondence and will continue to dig for the previous correspondence in case you may

need to respond to him in the future.

The general synopsis is:

- Degree was awarded in 2002
- He started a fully remote CF experience with Stepping Stone Group in December of **2022**, however only completed some hours of onboarding. He did not provide any direct treatment, and his mentor was not able to provide the necessary direct mentorship in the 1 week that she was mentor (see mentor letter also attached) because…
- the CF changed jobs. He did so because his clinical care start date of his first job was pushed back by Stepping Stones. So, he secured a new 100% telepractice job that began in February of 2023. Stepping Stones assured him that he could still complete 100% telepractice in 2023 because he was grandfathered in.
- Lilly spoke with him via phone and walked him through the reasons that the first experience doesn't count as 'starting the CF experience' since mentorship and direct care never occurred before he left the position. I have emailed the information as well.
- After I emailed the information to him he requested that I not reach out again because he had enough stress already.
- He and his mentor from job #1 both emailed this week, and I responded to his email (see attached).
- He feels that because stepping stones assured him that he would be grandfathered in on the pre-2023 guidelines he could continue with 100% tele in 2023. This will ultimately go to CFCC, but he has not yet submitted his paid app so I would recommend that we hold off until he does.
- As you can see by his letter to action center, he no longer wishes to be contacted by me.

I've cc'd Lilly to provide any additional detail and I will continue to search outlook for the emails exchanged just a few weeks ago.

Best,

**Amanda Gallagher, MA, CCC-SLP**

Director, Clinical Certification – Clinical Certification Cluster

Pronouns: She/her/hers

American Speech-Language-Hearing Association (ASHA)

2200 Research Boulevard 332A | Rockville, MD 20850 | www.asha.org
Direct Line: 301-296-5751

---

**From:** Actioncenter Website <ACTIONCENTER@asha.org>
**Sent:** Friday, October 6, 2023 10:23 AM
**To:** CERTIFICATION <CERTIFICATION@asha.org>
**Subject:** Fw: Contact ASHA [#159601]