**Archived:** Wednesday, March 11, 2026 2:06:00 PM
**From:** Amanda Gallagher
**Sent:** Friday, October 6, 2023 8:23:56 PM
**To:** Todd Philbrick
**Cc:** Lilly Schwartz
**Subject:** Re: Contact ASHA [#159601]
**Importance:** Normal
**Sensitivity:** None

---

He changed employers and mentors.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Todd Philbrick
**Sent:** Friday, October 6, 2023 8:21:28 PM
**To:** Amanda Gallagher
**Cc:** Lilly Schwartz ; CERTIFICATION ; Jillian De Luca
**Subject:** RE: Contact ASHA [#159601]

Did the setting change or just the mentor? The latter could be out of his control.

Regards,

Todd R. Philbrick, CAE, ICE-CCP

Pronouns: He/Him/His

Chief Certification Officer

---

**From:** Amanda Gallagher
**Sent:** Friday, October 6, 2023 8:20 PM
**To:** Todd Philbrick
**Cc:** Lilly Schwartz ; CERTIFICATION ; Jillian De Luca
**Subject:** Re: Contact ASHA [#159601]

Yes, that's the argument. He feels that he initiated the CF in 2022. The CFCC may very well approve it once appealed. Had he stayed at the same job long enough to see clients and get the necessary mentorship it wouldn't be an issue at all.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Todd Philbrick <TPhilbrick@asha.org>
**Sent:** Friday, October 6, 2023 7:48:53 PM
**To:** Amanda Gallagher <agallagher@asha.org>
**Cc:** Lilly Schwartz <lschwartz@asha.org>; CERTIFICATION <CERTIFICATION@asha.org>; Jillian De Luca