# Invitation: New Hire Training @ Thu Dec 8, 2022 11:30am - 1pm (EST) (rwright064@gmail.com)

From: sanchez_and@aps.edu
To: rwright064@gmail.com; collins_c@aps.edu; e600164@aps.edu
Date: Wednesday, December 7, 2022 at 05:56 PM EST

---

**Join with Google Meet**

**Meeting link**
meet.google.com/reo-vvjo-rok

**Join by phone**
(US) +1 513-818-1166
PIN: 930814648

More phone numbers

**When**
Thursday Dec 8, 2022 · 11:30am – 1pm (Eastern Time - Detroit)

**Guests**
sanchez_and@aps.edu - organizer
collins_c@aps.edu
e600164@aps.edu
rwright064@gmail.com
**View all guest info**

**Reply** for rwright064@gmail.com

Yes | No | Maybe | More options