**Archived:** Wednesday, March 11, 2026 2:06:09 PM
**From:** Lilly Schwartz
**Sent:** Monday, July 1, 2024 10:44:36 AM
**To:** Todd Philbrick
**Cc:** Donna Smiley
**Subject:** RE: CF Verification for ASHA Certification
**Importance:** Normal
**Sensitivity:** None

---

Hey Todd,

The information that the mentor provided is corroborated by what Roderick already put in writing to us previously in terms of having one contract from late 2022 where he did not see any clients that was cancelled and being hired to start a new contract in Feb 2023.

The only thing is that she has not mentioned that his prior contract was with a different organization entirely (Stepping Stones), but we have documentation from them that he sent us which seems to verify he was employed with them at the end of 2022 (where they indicated he would be grandfathered into an all-tele experience, but which he waited to verify with ASHA until he applied for cert at the end of 2023).

Up to you if you think we should attempt to get additional information from the mentor about the employment and any mentorship prior to her starting with him. She never did provide his **hire date** with their organization. Maybe that is what we need to verify.

**Lilly Schwartz**

Pronouns: She/her/hers

Certification Analyst

301-296-5776

lschwartz@asha.org

---

**From:** Todd Philbrick
**Sent:** Monday, July 1, 2024 10:07 AM
**To:** Amanda Gallagher ; Nana Aboagye ; Lilly Schwartz
**Cc:** Donna Smiley
**Subject:** FW: CF Verification for ASHA Certification

Should we follow-up and ask if someone else from her company oversaw/mentored him from Oct – Feb? Or do we just send this to the SLP committee in 12 days as is?

Regards,

Todd R. Philbrick, ICE-CCP, CAE

Pronouns: He/Him/His