# Fw: Rodney Wright, CF-SLP Interview - Gallup McKinley County Schools 1:00pm MST 12/30

From: Rod Wright (rwright064@gmail.com)
To: rodney.wright@ssg-community.com
Date: Friday, December 30, 2022 at 05:27 AM EST

----- Forwarded Message -----
**From:** DeA'nna Zappoli <deanna.zappoli@ssg-healthcare.com>
**To:** rwright064@gmail.com <rwright064@gmail.com>; Barbara Crow <bcrow@gmcs.org>
**Cc:** Caroline Tarraza <caroline.tarraza@ssg-healthcare.com>; Andrew Goldstein <andrew.goldstein@ssg-healthcare.com>; Julie Marks <julie.marks@ssg-healthcare.com>
**Sent:** Thursday, December 29, 2022 at 03:37:26 PM EST
**Subject:** Rodney Wright, CF-SLP Interview - Gallup McKinley County Schools 1:00pm MST 12/30

DeA'nna Zappoli is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://thesteppingstonesgroup.zoom.us/j/86442992183?pwd=L1BiL2IzRFRIU2RpdWZ5VjFmY2pUQT09

Meeting ID: 864 4299 2183
Passcode: 811901
One tap mobile
+13052241968,,86442992183# US
+13126266799,,86442992183# US (Chicago)

Dial by your location
+1 305 224 1968 US
+1 312 626 6799 US (Chicago)
+1 646 931 3860 US
+1 929 205 6099 US (New York)
+1 301 715 8592 US (Washington DC)
+1 309 205 3325 US
+1 346 248 7799 US (Houston)
+1 360 209 5623 US
+1 386 347 5053 US
+1 507 473 4847 US
+1 564 217 2000 US
+1 669 444 9171 US
+1 669 900 6833 US (San Jose)
+1 689 278 1000 US
+1 719 359 4580 US

# Fw: Rodney Wright, CF-SLP Interview - Gallup McKinley County Schools - 2:00pm MST 1/11

From: Rod Wright (rwright064@gmail.com)

To: rodney.wright@ssg-community.com

Date: Wednesday, January 11, 2023 at 03:38 PM EST

----- Forwarded Message -----
**From:** DeA'nna Zappoli <deanna.zappoli@ssg-healthcare.com>
**To:** Barbara Crow <bcrow@gmcs.org>; rwright064@gmail.com <rwright064@gmail.com>
**Cc:** Andrew Goldstein <andrew.goldstein@ssg-healthcare.com>; Julie Marks <julie.marks@ssg-healthcare.com>
**Sent:** Wednesday, January 11, 2023 at 01:46:52 PM EST
**Subject:** Rodney Wright, CF-SLP Interview - Gallup McKinley County Schools - 2:00pm MST 1/11

DeA'nna Zappoli is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://thesteppingstonesgroup.zoom.us/j/83853207704?pwd=WVBUMzUzVmh6KzFuVUdQbGhSUC9Wdz09

Meeting ID: 838 5320 7704
Passcode: 473343
One tap mobile
+13052241968,,83853207704# US
+13092053325,,83853207704# US

Dial by your location
+1 305 224 1968 US
+1 309 205 3325 US
+1 312 626 6799 US (Chicago)
+1 646 931 3860 US
+1 929 205 6099 US (New York)
+1 301 715 8592 US (Washington DC)
+1 689 278 1000 US
+1 719 359 4580 US
+1 253 205 0468 US
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+1 360 209 5623 US
+1 386 347 5053 US
+1 507 473 4847 US
+1 564 217 2000 US
+1 669 444 9171 US