**Edit ASHA Clinical Fellowship Report**

**name:*** Wright Roderick **a&p completion date:*** 5/13/2002 **acct #:*** 14420407

***mentor/site***

mentor name: Stevenson Marlaina R mentor acct #: 12078256 non-asha mentor?

supervision hours done? Yes months certified slp: 214 **2020 requirements met date:*** 1/1/2020

mentor area: CCC-SLP slp last effective date: 7/5/2006 slp last valid thru date: 3/31/2024

**mentor status:*** Mentor is Okay site type: Schools : Pre-elementary (preschool)

location: Apache Elementary School (Telepr city: Albuquerque state/province: NM country: United States

**site status:*** Site is Okay

mentor/site

***duration and activity***

begin date: 10/5/2022 end date: 12/13/2022 reported weeks: 1.00

assessment: 15.00 screening: 0.00 treatment: 0.00 client: 0.00 other: 0.00 total: calculated: 15.00 percent: 100.00

***segment1***

start: 10/5/2022 completion: 12/13/2022 **status:*** Segment is Okay

effective start: 10/5/2022 effective completion: 12/13/2022 effective weeks: 10.00

***segment2***

start: completion: **status:*** Please select

effective start: effective completion: effective weeks: 0.00

***segment3***

start: completion: **status:*** Please select

effective start: effective completion: effective weeks: 0.00

calculate report totals total credited weeks: 1.00 total credited hours: 15.00

recommendation for acceptance: Please select verification of activities: Please select verification of methods: Please select

applicant signature: 10/5/2023 mentor signature:

**evaluation status:*** Please select

evaluation comments:

approval date:

return date: rereceived date:

cancel date: 11/30/2023 cancel reason: Canceled by applicant in COLA

report notes:

***save mode:*** *Update* *hide/disable record?* *record information*

**created:** web:wrightiir@yahoo.com-10/5/2023
**updated:** web:wrightiir@yahoo.com-11/30/2023

Save Cancel

Page Load Time: null