**Archived:** Wednesday, March 11, 2026 2:08:38 PM
**From:** Nana Aboagye
**Sent:** Thursday, June 20, 2024 10:21:30 AM
**To:** Donna Smiley
**Subject:** RE: RE: Wright - ASHA Certification Application Status Update
**Importance:** Normal
**Sensitivity:** None

---

Here's a stab at text that we could send to Ethics team after GA does her magic with the text. We think any text, if approved, should live right in the Affidavit section of the COLA and we can find a place on the paper app to add it.

Thanks.

Sorry for all the emails, Todd ☺

**By signing this affidavit, you agree that ASHA certification team may audit your application, which may include request(s) for additional evidence from you and/or other relevant third parties.**




Sincerely,

Nana Aboagye, MBA, MSM
Director of Certification Operations
American Speech-Language-Hearing Association
2200 Research Blvd
Rockville, MD 20850