ASHA Certification Verification

apps.asha.org/eWeb/ashadynamicpage.aspx?site=ashacms&webcode=cccdetailsv2&key=ec3250ba-3d84-4c8b-a31c-5bc2dbeb7d6b

Incognito

MiWAM For Claima... | Free Credit Score &... | Log in - Free Credit... | Water Fasting Resul... | Detection - Spell -... | Michigan Legislatur... | Gold Capped: Tracki... | NDS U-1500-T Pipe... | Socket to Me - Que... | Home | Luke Meerman, Dist... | All Bookmarks

American Speech-Language-Hearing Association

Making effective communication, a human right, accessible and achievable for all.

Search

CAREERS | CERTIFICATION | PUBLICATIONS | EVENTS | ADVOCACY | CONTINUING EDUCATION | PRACTICE MANAGEMENT | RESEARCH

Audiologists | Speech-Language Pathologists | Academic & Faculty | Audiology & SLP Assistants | Students | Public

Home / Certification / Verification

# ASHA Certification and Ethics Verification

**This individual has past public Board of Ethics history.**

## Certification Status

This is to verify that the individual listed below does not currently hold ASHA certification.

In order to achieve ASHA certification an individual must meet the requirements outlined in the certification standards at the time of application.

For more information, please visit the ASHA certification website at http://www.asha.org/certification

| Name: | ASHA Account Number: | Certification Status: |
|---|---|---|
| Roderick Wright | 14498906 | Not Certified |

## Public Ethics History from 1998 to present

The ASHA Board of Ethics found this individual in violation of the ASHA Code of Ethics, for which the individual received a public sanction.

### Revocation of Membership and Certification Rationale

6 months, Effective 01/20/2026

Code of Ethics (2023): Principle(s) II-B; IV-E, IV-G

View Details in The ASHA Leader.

## Clinical Instruction, Supervision or Clinical Fellowship Mentor

ASHA CERTIFICATION

APPLY FOR SLP CERTIFICATION

APPLY FOR AUDIOLOGY CERTIFICATION

CERTIFICATION MAINTENANCE

PRAXIS EXAM

CLINICAL FELLOWSHIP

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. If you continue to use this site, you consent to the use of cookies. Read about how we use cookies and how you can control them by visiting our Cookie Statement. OK

74°F Partly cloudy | Search | 1:45 AM 7/21/2026