Case 1:25-cv-01367-PLM-MV ECF No. 92-4, PageID.2628 Filed 08/12/26 Page 1 of 3

---

## EVIDENCE FOR FCH

### Cite Relevant Evidence for FCH

# EVIDENCE FOR FCH

## Cite Relevant Evidence for FCH

## EVIDENCE FOR FCH

### Cite Relevant Evidence for FCH