## Korhorn, Darla

**From:** Lilly Schwartz <lschwartz@asha.org>
**Sent:** Thursday, September 21, 2023 9:55 AM
**To:** CERTIFICATION
**Cc:** Amanda Gallagher
**Subject:** RE: CF experience- DRAFT

Tone looks good and content also looks pretty good. The only thing I might add is some info about how IF the experience starts in 2023, then (in addition to the 25% telepractice allowance only) without having received prior approval, the mentor would need to have completed at least 3 of the 6 direct observations on-site/in-person for each segment. Because it sounds like he is focusing just on the telepractice portion and not the telesupervision as well and not even 25% of the experience can be counted if none of the supervisory hours are completed on-site.

He hasn't said anything about withdrawing or closing his app, so I wouldn't mention that unless he says he is considering it and he has plenty of time still to both initiate a new experience and/or complete the current one. I'm fairly certain this is his current app under account #14420407, although the email address is different. I might just say, "Alternatively, rather than submitting just the current 100% tele experience and appealing, you can complete a new experience that utilizes no more than 25% telepractice and no more than 3 direct hours of telesupervision per segment."

**Lilly Schwartz**
Pronouns: She/her/hers
Certification Analyst
301-296-5776
lschwartz@asha.org

---

**From:** CERTIFICATION
**Sent:** Wednesday, September 20, 2023 6:26 PM
**To:** Lilly Schwartz
**Subject:** RE: CF experience- DRAFT
**Importance:** High

Hi Lilly- what do you think of the tone on this response?

Hi Rod,

I understand your frustration with the situation and while we certainly do not wish to make things more difficult for you it is important that we provide you with the information that you need to make decisions related to your fellowship, as well as to save you additional time, money, and potential ethical challenges in future.

To document a CF that began in 2022, you will be required to enter the experience supervised by your first mentor, Marlaina Stevenson. She will then be required to complete a mentor verification form to verify that the dates and hours entered are accurate, as well as to attest that at least 80% of the time was spent in direct care and care management and that at least 3 hours of direct mentorship (observation) and 3 hours of indirect mentorship were provided to you during that time. If those things did not occur, she will be required to check 'no', which will automatically invalidate the report and the start date of your CF experience will become the date that you initiated the experience with your second mentor.

If your mentor has answered 'no' to any of the questions in the mentor verification form you will have the ability to appeal the Council for Clinical Certification (CFCC), the committee of ASHA certified volunteers who are charged with setting and maintaining the ASHA certification standards, explain the situation that occurred and request that the time be allowed to count toward your clinical fellowship. If they approve your request, then you will be able to count up to 100% of the hours earned through telepractice during your clinical fellowship. If the CFCC denies your request then you will be held to the Standards for CF experiences initiated on or after January 1, which means you will only be able to count up to 25% of your clinical fellowship hours that were earned through telepractice toward your total required hours.

You also have the option to keep your current application open and complete the remaining required onsite, inperson hours prior to submitting your application. You have 48 months from the initiation date of the clinical fellowship experience to complete the necessary hours, weeks and segments.

I would be happy to talk with you at any time and answer any questions that you may have.

Best,

**Amanda Gallagher, MA, CCC-SLP**
Director, Clinical Certification – Clinical Certification Cluster
Pronouns: She/her/hers
American Speech-Language-Hearing Association (ASHA)
2200 Research Boulevard 332A | Rockville, MD 20850 | www.asha.org
Direct Line: 301-296-5751




[Remainder of page omitted: Plaintiff email of September 13, 2023, already on the docket at ECF No. 85-25, PageID.1557. See LCivR 5.7(d)(vii)(B).]