**Confidential**

**Board of Ethics Complaint Adjudication Minutes**

**Saturday, October 25, 2025 - Panel 1 & 2 - Further Consideration Hearings**

**CALL TO ORDER**

The meeting of Panel 1 & 2 of the Board of Ethics commenced at 8:30 a.m. on October 25, 2025.

The following Board of Ethics members were present:

Panel 1: D'Jaris Coles-White, Charlotte Ecklund, Kia Johnson, Joseph Motzko, Danielle Osmelak (Vice Chair), Krystal Riska, Michele Simler (Chair)

Panel 2: David Alexander, Reethee Antony, Megan Cherry, Doug Keefe, Danielle Osmelak (Vice Chair), Tanya Shores, Michele Simler (Chair)

Public Member: Michelle Palmer (Sat., Oct. 25)

The following staff members were present: Katharine F. Meyer, Esq., Senior Director of Ethics and Ex Officio and
Maria Hollendonner, Associate Director, Ethics Adjudication.

The Chair welcomed the members and staff.

**Saturday, June 14, 2025 - Panel 2 - Initial Consideration Hearings**

## CALL TO ORDER

The meeting of Panel 2 of the Board of Ethics commenced at 8:10 a.m. on June 14, 2025.

The following Board of Ethics members were present:

Panel 2: Megan Cherry, D'Jaris Coles-White, Charlotte Ecklund, Danielle Osmelak (BOE Vice Chair), Tanya Shores, Shelly Simler, (BOE Chair), and Chauncey Strong (Public Member)

The following staff members were present: Katharine F. Meyer, Esq., Senior Director of Ethics and Ex Officio and Maria Hollendonner, Associate Director, Ethics Adjudication.

The Chair welcomed the members and staff.