| | |
|---|---|
| **From:** | ethics website |
| **To:** | Maria Hollendonner |
| **Subject:** | FW: BE 25-003 -- Roderick Wright |
| **Date:** | Monday, December 29, 2025 2:43:20 PM |
| **Attachments:** | image001.png |

---

**Katie Meyer**
Senior Director of Ethics
***I may send or respond to emails outside regular work hours. There is no expectation for you to do the same. I respect your time and do not expect you to keep the same schedule as I might.

ASHA
American
Speech-Language-Hearing
Association
Empowering audiologists, speech-language pathologists, and speech, language, and hearing scientists

---

**From:** ethics website
**Sent:** Friday, July 11, 2025 2:57 PM
**To:** Charlotte Kurzweil <charlotte@jacksonllp.com>; ethics website <ethics@asha.org>
**Cc:** Maria Hollendonner <mhollendonner@asha.org>; Connor Jackson <connor@jacksonllp.com>
**Subject:** RE: BE 25-003 -- Roderick Wright

Charlotte:

I have availability on Monday afternoon to discuss this decision. However, please be aware that I do not speak for the ASHA Board of Ethics. My comments will be about my understanding of the case.

Very truly yours,

Katie Meyer

**Katharine Meyer, Esq.**
Pronouns: She/Her/Hers
Senior Director of Ethics
American Speech-Language-Hearing Association (ASHA)
2200 Research Boulevard 319 | Rockville, MD 20850 | www.asha.org

ASHA
American
Speech-Language-Hearing
Association

Empowering audiologists, speech-language pathologists, and speech, language, and hearing scientists

---

**From:** Charlotte Kurzweil <charlotte@jacksonllp.com>
**Sent:** Thursday, July 10, 2025 6:07 PM
**To:** ethics website <ethics@asha.org>
**Cc:** Maria Hollendonner <mhollendonner@asha.org>; Connor Jackson <connor@jacksonllp.com>
**Subject:** BE 25-003 -- Roderick Wright

Good afternoon,

We reach out regarding the Initial Determination we received for Mr. Wright on June 26, 2025. We'd like to schedule a call to understand more about how ASHA reached its determination and the evidence it considered.

Can you please provide your availability for a call tomorrow, July 11, or Monday, July 14?

Sincerely,
Charlotte

--
Charlotte Kurzweil
Attorney
Jackson LLP Healthcare Lawyers

Direct: (847) 440-5028
Email: Charlotte@JacksonLLP.com
Web: JacksonLLP.com

Our Offices & Team

CONFIDENTIALITY: The information in this message and any attachments is confidential and may be privileged. If you have received this email in error, please delete it immediately and notify the sender by email.