I am not sure how he wants an answer and does not want us to contact him?

Since there is already a pop-up, I guess we stop answering him ��

\cbpat5

\cbpat5Yacine

\cbpat5

\cbpat5

---

[Remainder of page omitted: the October 5, 2023 exchange between Plaintiff and Defendant, already on the docket at ECF No. 86-3, PageID.2424-2425. See LCivR 5.7(d)(vii)(B).]