UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RODERICK WRIGHT,
Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,
Defendant.

Case No. 1:25-cv-01367-PLM-MV
Hon. Paul L. Maloney
Magistrate Judge Maarten Vermaat

**DECLARATION OF RODERICK WRIGHT AUTHENTICATING EXHIBITS TO ECF NOS. 86, 91, 96, AND 97**

I, Roderick Wright, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in this action and proceed pro se. I make this declaration on my own personal knowledge.

2. This declaration authenticates the exhibits identified below, which were attached to filings made after my July 16, 2026 Declaration Regarding Email Metadata (ECF No. 85). Where indicated below, I have attached to this declaration the full Internet message headers for the email, retrieved as described in ECF No. 85, paragraph 2, or by the provider's "Save as EML" function; each method preserves the complete headers generated by the mail servers that transmitted the message. Emails sent to my Gmail address (rwright064@gmail.com) were printed from my Yahoo Mail account, which retrieves that Gmail account, as described in ECF No. 85, paragraph 2. I did not alter, edit, or modify any exhibit, header, or metadata in any way.

**A. Emails from my own accounts**

3. ECF No. 96-1 (Exhibit A to ECF No. 96) is a true and correct copy of the email "ASHA Application: Mentor Verification Complete," sent by CERTIFICATION@asha.org to my mail.com account (wrigrslp@mail.com) on April 24, 2024, as printed from that account. Exhibit 1 to this declaration is a true and correct copy of its full Internet message headers, which show Message-ID <BN8PR10MB37325B9FA9059A78AFD71024CD102@BN8PR10MB3732.namprd10.prod.outlook.com> and reflect that the message passed DKIM authentication at mail.com for the sending domain asha.org, and SPF, DKIM, and DMARC authentication at the Microsoft server that transmitted it.

4. ECF No. 96-2 (Exhibit B to ECF No. 96) is a true and correct copy of the email "RE: ASHA Inquiry," sent by Todd Philbrick (TPhilbrick@asha.org) to my mail.com account on June 26, 2024, copying Michigan State Representative Luke Meerman (LukeMeerman@house.mi.gov), together with the June 20, 2024 messages quoted beneath it, as printed from that account. Exhibit 2 to this declaration is a true and correct copy of its full Internet message headers, which show Message-ID <CY8PR10MB64418A24DCC3CB3D7CD5E329ADD62@CY8PR10MB6441.namprd10.prod.outlook.com> and reflect that the message passed DKIM authentication at mail.com for the sending domain asha.org, and SPF, DKIM, and DMARC authentication at the Microsoft server that transmitted it.

5. ECF No. 97-2 (Exhibit A to ECF No. 97) is a true and correct copy of the email "Fwd: MAXCapture Training for APS," sent by Andrea Sanchez (sanchez_and@aps.edu) to me

(rwright064@gmail.com), Victoria Hanawalt, and Carla Collins on December 8, 2022, as printed from my account. Exhibit 3 to this declaration is a true and correct copy of its full Internet message headers, which show Message-ID <CANVLXy+bA=9WZBePLX6+iyr3zr9K=Tia8043UaFTpVrPGYtgAg@mail.gmail.com> and reflect that the message passed SPF, DKIM, and DMARC authentication for the sending domain aps.edu.

6. ECF No. 97-3 (Exhibit B to ECF No. 97) is a true and correct copy of my December 12, 2022 email "Re: APS email and Synergy access," sent at 7:48 p.m. EST from my Gmail account (rwright064@gmail.com) to Victoria Hanawalt (e600164@aps.edu) in reply to her 2:19 p.m. EST email of the same day, which is quoted beneath it, as printed from my account. The full Internet message headers of my reply are already of record as Exhibit 20 to ECF No. 85 (ECF No. 85-20, PageID.1453-1454); its In-Reply-To field identifies Ms. Hanawalt's December 12 message by Message-ID. Ms. Hanawalt's December 13, 2022 reply in the same thread, which quotes her December 12 message in full and lists the same Message-ID in its References field, is of record with its full headers as Exhibit 21 to ECF No. 85 (ECF No. 85-21, PageID.1455-1508).

7. ECF No. 86-4 is a true and correct copy of the email "RE: [EXTERNAL] Clinical Fellowship Start Date – License SLPCF22006," sent by the New Mexico Board of Speech-Language Pathology, Audiology, and Hearing Aid Dispensing Practices (Speech.Hearing@rld.nm.gov) to my Yahoo Mail account (wrightiir@yahoo.com) on April 28, 2026, with my April 26, 2026 inquiry beneath it, as printed from that account. Its full Internet message headers are already of record as Exhibit 27 to ECF No. 85 (ECF No. 85-27, PageID.2276-2284).

8. ECF No. 86-7 is a true and correct copy of the email “Re: [EXTERNAL] CF for Licensure question,” sent by the same Board (Speech.Hearing@rld.nm.gov) to my Yahoo Mail account on October 24, 2023, as printed from that account. Exhibit 4 to this declaration is a true and correct copy of its full Internet message headers, which show Message-ID <PH0PR09MB8315EA0FDD55945DF0A7E25EA5DFA@PH0PR09MB8315.namprd09.prod.outlook.com> and reflect that the message passed SPF authentication for the sending domain rld.nm.gov and DKIM authentication for the signing domain NMGov.onmicrosoft.com, with the DMARC result recorded by Yahoo as “unknown.” My October 24, 2023 message in the same thread is of record with its headers as Exhibit 26 to ECF No. 85 (ECF No. 85-26).

9. ECF No. 86-14 is a true and correct copy of the email “NMPED Licensure Portal - License Has Been ISSUED,” sent by the New Mexico Public Education Department (Join.us@ped.nm.gov) to me (rwright064@gmail.com) on December 28, 2022, as printed from my account. Its full Internet message headers are already of record as Exhibit 29 to ECF No. 85 (ECF No. 85-29, PageID.2340-2341).

10. ECF No. 91-6 is a true and correct copy of the calendar invitation “Invitation: New Hire Training @ Thu Dec 8, 2022 11:30am - 1pm (EST),” sent by Andrea Sanchez (sanchez_and@aps.edu) to me (rwright064@gmail.com), Carla Collins, and Victoria Hanawalt on December 7, 2022, as printed from my account. Exhibit 5 to this declaration is a true and correct copy of its full Internet message headers, which show Message-ID <00000000000019797d05ef44d3f4@google.com> and reflect that the message passed SPF, DKIM, and DMARC authentication for the sending domain aps.edu.

11. ECF No. 91-8 is a true and correct copy of two emails I sent from my Gmail account (rwright064@gmail.com) to my Stepping Stones address (rodney.wright@ssg-community.com): “Fw: Rodney Wright, CF-SLP Interview - Gallup McKinley County Schools 1:00pm MST 12/30,” sent December 30, 2022, forwarding the December 29, 2022 interview invitation from DeA’nna Zappoli of The Stepping Stones Group quoted beneath it; and “Fw: Rodney Wright, CF-SLP Interview - Gallup McKinley County Schools - 2:00pm MST 1/11,” sent January 11, 2023, forwarding Ms. Zappoli’s January 11, 2023 interview invitation quoted beneath it; each as printed from my account, on March 18, 2026.

**B. Records produced to me by the Albuquerque Public Schools**

12. ECF No. 97-5 (Exhibit D to ECF No. 97) is a true and correct copy of four emails dated December 9, 2022 (“APS assignment,” 10:50 a.m.; “Maternity leave coverage,” 11:01 a.m.; “Re: Maternity leave coverage,” 11:12 a.m.; and “Apache SLP coverage,” 11:41 a.m.), as produced to me by the Albuquerque Public Schools Custodian of Records on August 14, 2026, in response to my public records request No. 26-947 under the New Mexico Inspection of Public Records Act. Those emails were sent to my APS district email account, to which I no longer have access. Exhibit 6 to this declaration is a true and correct copy of the Custodian of Records’ August 14, 2026 release notice to me (rwright064@gmail.com), as printed from my account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2026, at Allendale, Michigan.

Roderick Wright
6181 Lake Michigan Drive, #103
Allendale, MI 49401
(616) 990-9284
wrightiir@yahoo.com
Plaintiff, pro se