Wright v. ASHA, No. 1:25-cv-01367-PLM-MV — Declaration of Katharine Meyer (ECF Nos. 94-1, 95-1) is incomplete

From: Roderick Wright (wrightiir@yahoo.com)
To: jtrombley@plunkettcooney.com
Cc: dkorhorn@plunkettcooney.com
Date: Monday, October 19, 2026 at 02:22 AM EDT

Exhibit 1 – October 19–20, 2026 Concurrence Emails

Counsel:

The Declaration of Katharine Meyer states that the declarant, "having been duly sworn, hereby swears and attests to the following" (ECF No. 95-1, PageID.2687). The filed copies bear one signature, the declarant's, and no notary's jurat or statement under penalty of perjury (ECF No. 94-1, PageID.2658-2661; ECF No. 95-1, PageID.2686-2689). Defendant's response describes the declaration as "sworn testimony" (ECF No. 100, PageID.2791, 2803).

LCivR 5.7(d)(iii) requires that the electronically filed version of an affidavit or declaration "bear a scanned image of all original manuscript signatures."

If Ms. Meyer was sworn before a notary or other officer authorized to administer oaths when she signed the declaration on September 11, 2026, file the complete declaration, including the notarial certificate, by 5:00 p.m. on Friday, October 23, 2026.

If the complete declaration is not filed by that time, I will move under Fed. R. Civ. P. 56(c)(2) and 56(c)(4) for an order that the declaration not be considered. This is my request for concurrence under LCivR 7.1(d). Absent the filing by that time, concurrence will be noted as sought and not obtained.

Roderick Wright

Plaintiff, pro se

6181 Lake Michigan Drive, #103

Allendale, MI 49401

(616) 990-9284

wrightiir@yahoo.com

Re: Wright v. ASHA, No. 1:25-cv-01367-PLM-MV — Declaration of Katharine Meyer (ECF Nos. 94-1, 95-1) is incomplete

From: Trombley, Joshua (jtrombley@plunkettcooney.com)

To: wrightiir@yahoo.com

Cc: dkorhorn@plunkettcooney.com

Date: Tuesday, October 20, 2026 at 09:15 PM EDT

---

Mr. Wright-

Given the Magistrate's Report and Recommendation, this issue appears to be moot.

**Joshua Trombley**

Plunkett Cooney
Attorneys & Counselors at Law
T: 616-752-4617 M: 586-292-6051

office | bio | vcard | web | linkedin

---

**From:** Roderick Wright <wrightiir@yahoo.com>
**Sent:** Monday, 19 October 2026 12:00:58
**To:** Trombley, Joshua <JTrombley@plunkettcooney.com>
**Cc:** Korhorn, Darla <DKorhorn@plunkettcooney.com>
**Subject:** Wright v. ASHA, No. 1:25-cv-01367-PLM-MV — Declaration of Katharine Meyer (ECF Nos. 94-1, 95-1) is incomplete

**[EXTERNAL]**

Counsel:

The Declaration of Katharine Meyer states that the declarant, "having been duly sworn, hereby swears and attests to the following" (ECF No. 95-1, PageID.2687). The filed copies bear one signature, the declarant's, and no notary's jurat or statement under penalty of perjury (ECF No. 94-1, PageID.2658-2661; ECF No. 95-1, PageID.2686-2689). Defendant's response

describes the declaration as "sworn testimony" (ECF No. 100, PageID.2791, 2803).

LCivR 5.7(d)(iii) requires that the electronically filed version of an affidavit or declaration "bear a scanned image of all original manuscript signatures."

If Ms. Meyer was sworn before a notary or other officer authorized to administer oaths when she signed the declaration on September 11, 2026, file the complete declaration, including the notarial certificate, by 5:00 p.m. on Friday, October 23, 2026.

If the complete declaration is not filed by that time, I will move under Fed. R. Civ. P. 56(c)(2) and 56(c)(4) for an order that the declaration not be considered. This is my request for concurrence under LCivR 7.1(d). Absent the filing by that time, concurrence will be noted as sought and not obtained.

Roderick Wright

Plaintiff, pro se

6181 Lake Michigan Drive, #103

Allendale, MI 49401

(616) 990-9284

wrightiir@yahoo.com