UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RODERICK WRIGHT,
Plaintiff,

v.

AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION,
Defendant.

Case No. 1:25-cv-01367-PLM-MV
Hon. Paul L. Maloney
Magistrate Judge Maarten Vermaat

**CERTIFICATE OF MOTION CONCURRENCE UNDER LCivR 7.1(d)(ii)(B)**
**(Plaintiff's Motion for an Order That the Meyer Declaration**
**(ECF Nos. 94-1, 95-1) Not Be Considered)**

Plaintiff Roderick Wright certifies:

1. Date and time. On October 19, 2026, at 2:22 a.m. Eastern, Plaintiff emailed Defendant's counsel of record, Joshua Trombley (jtrombley@plunkettcooney.com), with a copy to Darla Korhorn, to request concurrence in writing on this motion (Exhibit 1).

2. Issues addressed. The email stated that the Declaration of Katharine Meyer (ECF Nos. 94-1, 95-1) states that the declarant was "duly sworn" but bears one signature and no notary's jurat or statement under penalty of perjury; that Defendant describes it as "sworn testimony" (ECF No. 100); and that LCivR 5.7(d)(iii) requires the filed version to "bear a scanned image of all original manuscript signatures." It asked that, if Ms. Meyer was sworn, Defendant file the complete declaration, including the notarial certificate, by 5:00 p.m. on Friday, October 23, 2026, and stated that otherwise Plaintiff would move under Fed. R. Civ. P. 56(c)(2) and 56(c)(4) for an order that the declaration not be considered.

3. Participants and duration. Participants: Plaintiff and Defendant's counsel, Joshua Trombley, both in writing. The request was open from October 19, 2026, until 5:00 p.m. Eastern

on October 23, 2026. On October 20, 2026, at 9:15 p.m. Eastern, Mr. Trombley replied by email: "Given the Magistrate's Report and Recommendation, this issue appears to be moot." No complete declaration was filed by the deadline, or since. The last entry on the docket is the Report and Recommendation (ECF No. 101).

4. Concurrence was sought and not obtained.

Respectfully submitted,

Dated: October 27, 2026

/s/ Roderick Wright
Roderick Wright
6181 Lake Michigan Drive, #103
Allendale, MI 49401
Phone: (616) 990-9284
Email: wrightiir@yahoo.com
Plaintiff, pro se